# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of September, two thousand and fourteen.

Before:    Ralph K. Winter,
            *Circuit Judge.*

_____

Paul Wright,

Plaintiff-Appellant,                      **ORDER**

       v.                                        Docket No. 14-1620

Raymond Kellett, *et al.,*

Defendants-Appellees.

_____

    Appellant moves for an extension until September 22, 2014 to file the brief and appendix.

    IT IS HEREBY ORDERED that the motion is GRANTED, with no further extensions. However, the appeal is dismissed effective September 22, 2014 unless a brief is filed by that date. A motion for reconsideration or other relief will not stay the effectiveness of this order. See RLI Ins. Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

                                                        FOR THE COURT:

                                                        Catherine O'Hagan Wolfe,
                                                        Clerk of Court

